**Electronically Filed
Supreme Court
SCWC-24-0000471
16-MAR-2026
02:08 PM
Dkt. 17 ODAC**

SCWC-24-0000471

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

HARDY K. AH PUCK, JR., also known as
HARDY K. AH PUCK,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000471; CASE NO. 2CPC-23-0000460)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Circuit Judge Medeiros, assigned by reason of vacancy)

Petitioner Hardy K. Ah Puck, Jr.'s Application for Writ

of Certiorari, filed on January 20, 2026, is hereby rejected.

DATED: Honolulu, Hawaiʻi, March 16, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Dyan M. Medeiros